1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHNTEE WEBB, | Case No.: CV 19-9353-GW-JPRx |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION** |
| COUNTY OF LOS ANGELES OF LOS ANGELES, a public entity, STEVEN MARTINEZ (#532696), ARMANDO MARTINEZ (#467433) and DOES 1 through 10, Inclusive, | |
| Defendants. | |

**ORDER**

AFTER GOOD CAUSE BEING SHOWN:

IT IS HEREBY ORDERED that the above-entitled mater is dismissed in its entirety as to all Defendants with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1). All parties waive any right to seek any costs and attorney's fees.

IT IS SO ORDERED.

DATED: December 21, 2021   _____
HON. GEORGE H. WU,
United States District Judge